In the Matter of the Application for DISCIPLINARY ACTION AGAINST H. Holland GALLOWAY, a Member of the Bar of the State of North Dakota.

No. 900288.

Supreme Court of North Dakota.

Sept. 19, 1990.

ORDER OF PUBLIC REPRIMAND

On July 30, 1990, a Report of the Disciplinary Board and Report, Findings and Recommendations of the Hearing Panel were filed in this matter.

Subsequently on September 14, 1990, a Petition signed by Mary Norum Hoberg, Special Disciplinary Counsel; a Stipulation to Issue Public Reprimand signed by Ms. Hoberg and Mr. H.H. Galloway, Respondent Attorney; and Affidavit of H.H. Galloway were filed. The parties requested this Court to enter an Order publicly reprimanding Respondent Attorney, H.H. Galloway.

A Petition to Order Costs and Affidavit of Ms. Hoberg regarding costs were subsequently filed September 18, 1990.

After consideration, the Supreme Court accepted the Petition and Stipulation, and

ORDERED, that H.H. Galloway, a member of the Bar of the State of North Dakota, be publicly reprimanded.

IT IS FURTHER ORDERED, that Mr. Galloway pay costs in the amount of $421.71.

      RALPH J. ERICKSTAD,
      Chief Justice
      GERALD W. VANDE WALLE,
      Justice
      HERBERT L. MESCHKE,
      Justice
      BERYL J. LEVINE,
      Justice